**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**MICHAEL L. BOYD** **PLAINTIFF**
**ADC #115890**

**V.** **Case No. 2:25-CV-00118-JM-BBM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction, *et al.*** **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore, along with timely objections. After careful review of the objections and a *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Michael L. Boyd is allowed to PROCEED with his deliberate-indifference claims against Defendants Tracey Bennett and Kerstein in their individual and official capacities based on the denial of Tremfya.

2. All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

3. Defendants Dexter Payne, Ball, and Davis are TERMINATED as parties to this action.

4. Boyd's Motions for Preliminary Injunction and Temporary Restraining Order, (Docs. 13, 21), are DENIED without prejudice

IT IS SO ORDERED this 14th day of August, 2026.

UNITED STATES DISTRICT JUDGE